# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

      Chapter 13

      Bankruptcy No. 19-13636-AMC

NICONNIA M HEADEN

5100 NORTH WARNOCK STREET

PHILADELPHIA, PA 19141-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

NICONNIA M HEADEN

5100 NORTH WARNOCK STREET

PHILADELPHIA, PA 19141-

Counsel for debtor(s), by electronic notice only.

BRANDON J. PERLOFF
KWARTLER MANUS LLC
1429 WALNUT STREET  STE 701
PHILADELPHIA, PA 19102-

Date: 12/5/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee