**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In Re:
Niconnia M Headen                                                                     13
    Debtor.

Bky No. 19-13636 - AMC

## CERTIFICATE OF SERVICE

    I, Brandon Perloff, Attorney for Debtor, hereby certify that service upon all interested parties, indicated below, was made by sending true and correct copies of the Application of Debtor's Counsel for Compensation and Reimbursement electronically and/or first class mail and/or facsimile on March 31, 2020.

Niconnia M Headen
5100 North Warnock Street
Philadelphia, PA 19141


William C. Miller, Esquire
Post Office Box 40119
Philadelphia, PA 19106
Chapter 13 Trustee

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106-2912


Dated:   March 31, 2020                                             /s/Brandon Perloff
                                                                        Brandon Perloff
                                                                        1429 Walnut Street
                                                                        Suite 701
                                                                        Philadelphia, PA 19102
                                                                        Attorney for Debtor