**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In Re:
Niconnia M Headen                                              13
    Debtor

Bky No. 19-13636 - AMC

**CERTIFICATE OF SERVICE**

    I, Brandon Perloff, Attorney for Debtor, hereby certify that service upon all interested parties, indicated below, was made by sending true and correct copies of the Attorney's Notice of: Application of Debtor's Counsel for Compensation and Reimbursement   electronically and/or first class mail and/or facsimile on March 31, 2020.

Niconnia M Headen
5100 North Warnock Street
Philadelphia, PA 19141

William C. Miller, Esquire
Chapter 13 Trustee
Post Office Box 40119
Philadelphia, PA 19106

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106-2912

Master Mailing Matrix

Dated:   March 31, 2020                                          /s/ Brandon Perloff
                                                                                              Brandon Perloff
                                                                                              1429 Walnut Street
                                                                                              Suite 701
                                                                                              Philadelphia, PA 19102
                                                                                              Telephone: (267) 457-5570
                                                                                              Attorney(s) for Debtor(s)