# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  : CHAPTER 13
Niconnia M. Headen  :
 :
    Debtor  : BANKRUPTCY NO.: 19-13636-AMC

### RESPONSE TO CERTIFICATION OF DEFAULT

    Debtor, by her attorney, Brandon J. Perloff, Esq. by way of Response to Movant's Certification of Default, respectfully represents the following:

    1.    Due to circumstances outside the control of the Debtor (i.e. measures in place to limit the spread of COVID 19), she has experienced an economic hardship.

    2.    However, the Debtor has the funds to cure any default which may have occurred.

    3.    The Debtor respectfully requests an opportunity to tender any payments which may be due to the Movant.

    WHEREFORE, Debtor requests that a hearing be set on this matter.

Respectfully submitted,

Date: May 28, 2020

/s/ Brandon J. Perloff
Brandon J. Perloff Esquire.
Attorney for Debtor