United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-13636-amc
Niconnia M Headen                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett        Page 1 of 2              Date Rcvd: May 29, 2020
                            Form ID: 167           Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2020.
```
db         +Niconnia M Headen,    5100 North Warnock Street,     Philadelphia, PA 19141-4002
cr         +CARRINGTON MTS SERV WILMINGTON SAVINGS,    1600 S. DOUGLASS RD,     ANAHEIM, CA 92806-5948
14337187   +AFS/AmeriFinancial Solutions, LLC.,    PO Box 65018,    Baltimore, MD 21264-5018
14337185    Aaron's Furniture,    1300 W. Passyunk Avenue,    Philadelphia, PA 19145
14337186   +Account Resolution Services,    Attn: Bankruptcy,    PO Box 459079,    Sunrise, FL 33345-9079
14337194   +FedLoan Servicing,    Attn: Bankruptcy,    PO Box 69184,    Harrisburg, PA 17106-9184
14417371   +Global Lending Services LLC,    c/o REBECCA ANN SOLARZ,    KML Law Group, P.C.,
             701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
14417152   +Global Lending Services LLC,    C/O KML Law Group,    701 Market Street Suite 5000,
             Philadelphia, PA. 19106-1541
14337196   +I C System Inc,    Attn: Bankruptcy,    PO Box 64378,    St Paul, MN 55164-0378
14341854   +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    c/o KEVIN S. FRANKEL,    Shapiro & DeNardo, LLC,
             3600 Horizon Drive,    Suite 150,    King of Prussia, PA 19406-4702
14372105    JPMorgan Chase Bank, N.A.,    Chase Records Center,    ATTN: Correspondence Mail,
             Mail Code LA4-5555,    700 Kansas Lane, Monroe, LA 71203
14337198   +Kwartler Manus, LLC,    1429 Walnut Street,    Suite 701,    Philadelphia, PA 19102-3207
14356100   +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
             Attn: Bankruptcy Dept 3F
14337200   +Philadelphia Gas Works,    1137 Chestnut St.,    Philadlephia, PA 19107-3619
14337201   +Pioneer Credit Recovery Inc,    26 Edward Street,    Arcade, NY 14009-1012
14337202   +Pioneer Credit Recovery, Inc.,    P.O. Box 308,    Perry, NY 14530-0308
14337203   +Santander Consumer USA,    Attn: Bankruptcy,    PO Box 961245,    Fort Worth, TX 76161-0244
14343425   +Santander Consumer USA Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284
14337204   +Shapiro & DeNardo, LLC,    3600 Horizon Drive,    Suite 150,    King of Prussia, PA 19406-4702
14378192    U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
             Harrisburg, PA 17106-9184
14450250   +Wilmington Savings Carrington Mtg Serv,    1600 S Douglass Rd,    Anaheim, CA 92806-5948
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14337190          E-mail/Text: megan.harper@phila.gov May 30 2020 04:12:11     City of Philadelphia,
                 Municipal Services Building,    1401 John F. Kennedy Blvd, 5th Floor,
                 Philadelphia, PA 19102-1595
14337191         +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 30 2020 04:11:38     Comenitycapital/modell,
                  Attn: Bankruptcy Dept,    PO Box 182125,    Columbus, OH 43218-2125
14337192         +E-mail/Text: bankruptcy_notifications@ccsusa.com May 30 2020 04:12:23
                 Credit Collection Services,    Attn: Bankruptcy,    725 Canton St,    Norwood, MA 02062-2679
14369025         +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 30 2020 04:17:59     Directv, LLC,
                  by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14337193         +E-mail/Text: bknotice@ercbpo.com May 30 2020 04:11:58     ERC/Enhanced Recovery Corp,
                  Attn: Bankruptcy,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
14360127          E-mail/Text: bankruptcy@glsllc.com May 30 2020 04:11:28     Global Lending Services LLC,
                  1200 Brookfield Blvd Ste 300,    Greenville, South Carolina 29603
14337195          E-mail/Text: bankruptcy@glsllc.com May 30 2020 04:11:28     Global Lending Services LLC,
                  Attn: Bankruptcy,    PO Box 10437,    Greenville, SC 29603
14341732          E-mail/PDF: ais.chase.ebn@americaninfosource.com May 30 2020 04:17:55
                 JPMorgan Chase Bank, National Association,    3415 Vision Drive,    Columbus, Ohio 43219
14337189          E-mail/PDF: ais.chase.ebn@americaninfosource.com May 30 2020 04:17:35     Chase Mortgage,
                  700 Kansas Lane,    Monroe, LA 71203
14337188          E-mail/PDF: ais.chase.ebn@americaninfosource.com May 30 2020 04:18:11     Chase Mortgage,
                  Attn: Bankruptcy Dept,    PO Box 24696,    Columbus, OH 43224
14337197          E-mail/Text: bk.notifications@jpmchase.com May 30 2020 04:11:39     JPMorgan Chase Bank, N.A.,
                  P.O. Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
14337199         +E-mail/Text: bankruptcygroup@peco-energy.com May 30 2020 04:11:35     PECO,    2301 Market St,
                  Philadelphia, PA 19103-1380
14337205         +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 30 2020 04:11:28
                  Verizon,    Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
                  Weldon Springs, MO 63304-2225
14390793         +E-mail/Text: megan.harper@phila.gov May 30 2020 04:12:11     Water Revenue Bureau,
                  c/o Pamela Elchert Thurmond,    Tax & Revenue Unit,    Bankruptcy Group, MSB,
                  1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1613
                                                                                              TOTAL: 14
```

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
14472075*        ++GLOBAL LENDING SERVICES LLC,    1200 BROOKFIELD BLVD STE 300,    GREENVILLE SC 29607-6583
                 (address filed with court: Global Lending Services LLC,    1200 Brookfield Blvd Ste 300,
                   Greenville, South Carolina 29603)
14379085*         U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
                  Harrisburg, PA 17106-9184
                                                                                               TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Antoinett            Page 2 of 2              Date Rcvd: May 29, 2020
                              Form ID: 167               Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2020                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2020 at the address(es) listed below:
          BRANDON J PERLOFF    on behalf of Debtor Niconnia M Headen bperloff@perlofflaw.com,
           kmecf1429@gmail.com
          KEVIN S. FRANKEL    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           pa-bk@logs.com
          LESLIE J. RASE    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION pabk@logs.com,
           lerase@logs.com
          MICHAEL JOHN CLARK    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           mjclark@logs.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Global Lending Services LLC bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                            TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Niconnia M Headen
    Debtor(s)

Case No: 19–13636–amc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Certification of Default and
Response to Certification of Default

    on: 6/23/20

    at: 11:00 AM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  5/29/20

Timothy B. McGrath
Clerk of Court

53 – 51, 52
Form 167