United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 19-13636-amc
Niconnia M Headen                                                                       Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 2           Date Rcvd: Jun 10, 2020
                              Form ID: pdf900         Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 12, 2020.
```
db          +Niconnia M Headen,    5100 North Warnock Street,     Philadelphia, PA 19141-4002
cr          +CARRINGTON MTS SERV WILMINGTON SAVINGS,    1600 S. DOUGLASS RD,     ANAHEIM, CA 92806-5948
NONE        +Carrington Wilmington,    1600 S. Douglass Rd,     Anaheim, CA 92806-5951
14337187    +AFS/AmeriFinancial Solutions, LLC.,    PO Box 65018,     Baltimore, MD 21264-5018
14337185     Aaron's Furniture,    1300 W. Passyunk Avenue,     Philadelphia, PA 19145
14337186    +Account Resolution Services,    Attn: Bankruptcy,    PO Box 459079,     Sunrise, FL 33345-9079
14337194    +FedLoan Servicing,    Attn: Bankruptcy,    PO Box 69184,    Harrisburg, PA 17106-9184
14417371    +Global Lending Services LLC,    c/o REBECCA ANN SOLARZ,    KML Law Group, P.C.,
              701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
14417152    +Global Lending Services LLC,    C/O KML Law Group,    701 Market Street Suite 5000,
              Philadelphia, PA. 19106-1541
14337196    +I C System Inc,    Attn: Bankruptcy,    PO Box 64378,    St Paul, MN 55164-0378
14341854    +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    c/o KEVIN S. FRANKEL,    Shapiro & DeNardo, LLC,
              3600 Horizon Drive,    Suite 150,    King of Prussia, PA 19406-4702
14372105     JPMorgan Chase Bank, N.A.,    Chase Records Center,    ATTN: Correspondence Mail,
              Mail Code LA4-5555,    700 Kansas Lane, Monroe, LA 71203
14337198    +Kwartler Manus, LLC,    1429 Walnut Street,    Suite 701,    Philadelphia, PA 19102-3207
14356100    +Philadelphia Gas Works,    800 W Montgomery Avenue,     Philadelphia Pa 19122-2898,
              Attn: Bankruptcy Dept 3F
14337200    +Philadelphia Gas Works,    1137 Chestnut St.,    Philadelphia, PA 19107-3619
14337201    +Pioneer Credit Recovery Inc,    26 Edward Street,    Arcade, NY 14009-1012
14337202    +Pioneer Credit Recovery, Inc.,    P.O. Box 308,    Perry, NY 14530-0308
14337203    +Santander Consumer USA,    Attn: Bankruptcy,    PO Box 961245,    Fort Worth, TX 76161-0244
14343425    +Santander Consumer USA Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284
14337204    +Shapiro & DeNardo, LLC,    3600 Horizon Drive,    Suite 150,    King of Prussia, PA 19406-4702
14378192     U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
              Harrisburg, PA 17106-9184
14450250    +Wilmington Savings Carrington Mtg Serv,    1600 S Douglass Rd,    Anaheim, CA 92806-5948

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov Jun 11 2020 04:09:03      City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA 19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 11 2020 04:08:39
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA 17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 11 2020 04:08:47      U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14508148     E-mail/Text: megan.harper@phila.gov Jun 11 2020 04:09:03      City of Philadelphia,
              City of Philadelphia Law Department,    c/o Joshua Domer,    1401 JFK Blvd. 5th Floor,
              Philadelphia, PA 19102
14337190     E-mail/Text: megan.harper@phila.gov Jun 11 2020 04:09:03      City of Philadelphia,
              Municipal Services Building,    1401 John F. Kennedy Blvd, 5th Floor,
              Philadelphia, PA 19102-1595
14337191    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 11 2020 04:08:21      Comenitycapital/modell,
              Attn: Bankruptcy Dept,    PO Box 182125,    Columbus, OH 43218-2125
14337192    +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 11 2020 04:09:12
              Credit Collection Services,    Attn: Bankruptcy,    725 Canton St,    Norwood, MA 02062-2679
14369025    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 11 2020 04:12:58      Directv, LLC,
              by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14337193    +E-mail/Text: bknotice@ercbpo.com Jun 11 2020 04:08:42      ERC/Enhanced Recovery Corp,
              Attn: Bankruptcy,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
14360127     E-mail/Text: bankruptcy@glsllc.com Jun 11 2020 04:08:09      Global Lending Services LLC,
              1200 Brookfield Blvd Ste 300,    Greenville, South Carolina 29603
14337195     E-mail/Text: bankruptcy@glsllc.com Jun 11 2020 04:08:09      Global Lending Services LLC,
              Attn: Bankruptcy,    PO Box 10437,    Greenville, SC 29603
14337189     E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 11 2020 04:12:53      Chase Mortgage,
              700 Kansas Lane,    Monroe, LA 71203
14337188     E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 11 2020 04:12:53      Chase Mortgage,
              Attn: Bankruptcy Dept,    PO Box 24696,    Columbus, OH 43224
14341732     E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 11 2020 04:13:07
              JPMorgan Chase Bank, National Association,    3415 Vision Drive,    Columbus, Ohio 43219
14337197     E-mail/Text: bk.notifications@jpmchase.com Jun 11 2020 04:08:21      JPMorgan Chase Bank, N.A.,
              P.O. Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
14337199    +E-mail/Text: bankruptcygroup@peco-energy.com Jun 11 2020 04:08:18      PECO,    2301 Market St,
              Philadelphia, PA 19103-1380
14337205    +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 11 2020 04:08:09
              Verizon,    Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
              Weldon Springs, MO 63304-2225
14390793    +E-mail/Text: megan.harper@phila.gov Jun 11 2020 04:09:03      Water Revenue Bureau,
              c/o Pamela Elchert Thurmond,    Tax & Revenue Unit,    Bankruptcy Group, MSB,
              1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1613
                                                                                              TOTAL: 18
```

```
District/off: 0313-2           User: Antoinett              Page 2 of 2                  Date Rcvd: Jun 10, 2020
                               Form ID: pdf900              Total Noticed: 40

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            ++CITY OF PHILADELPHIA LAW DEPARTMENT,    MUNICIPAL SERVICES BUILDING,
                 1401 JOHN F KENNEDY BLVD 5TH FLOOR,    PHILADELPHIA PA 19102-1617
                (address filed with court:   City of Philadelphia,    City of Philadelphia Law Department,
                 c/o Joshua Domer,    1401 JFK Blvd. 5th Floor,    Philadelphia, PA   19102)
14472075*      ++GLOBAL LENDING SERVICES LLC,    1200 BROOKFIELD BLVD STE 300,    GREENVILLE SC 29607-6583
                (address filed with court:   Global Lending Services LLC,    1200 Brookfield Blvd Ste 300,
                 Greenville, South Carolina 29603)
14379085*       U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg, PA 17106-9184
                                                                                            TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 10, 2020 at the address(es) listed below:
              BRANDON J PERLOFF    on behalf of Debtor Niconnia M Headen bperloff@perlofflaw.com,
               kmecf1429@gmail.com
              JOSHUA  DOMER    on behalf of Creditor   City of Philadelphia joshua.domer@phila.gov,
               karena.blaylock@phila.gov
              KEVIN S. FRANKEL    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pa-bk@logs.com
              LESLIE J. RASE    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION pabk@logs.com,
               lerase@logs.com
              MICHAEL JOHN CLARK    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               mjclark@logs.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Global Lending Services LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 8
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Niconnia M. Headen | : | |
|     Debtor | : | Bankruptcy No. 19-13636-AMC |

## ORDER

Upon consideration of the Application for Compensation and Reimbursement of Expenses for Brandon Perloff, Esquire., counsel for Debtor (the "Application"), and upon Counsel for Debtor's request to retain jurisdiction at the Motion to Dismiss hearing on March 31, 2020, IT IS ORDERED THAT:

1. The case is dismissed without prejudice.

2. Pursuant to 11 U.S.C. §349(b)(3), the undistributed, pre-confirmation chapter 13 plan payments held by the chapter 13 trustee shall not revest in the Debtors or any other entity pending further order of this court.

3. A hearing shall be held on July 7, 2020, at 11:00 a.m. in Bankruptcy Courtroom No. 4, U.S. Courthouse, 900 Market Street, Philadelphia, PA to consider the Application.

4. Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

5. Counsel for Debtors shall serve a copy of this Order on all creditors and interested parties and file a Certification of Service on or before June 29, 2020.

Date: **June 10, 2020**

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge