**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re:
**Niconnia M Headen**                                      Chapter   13
    **Debtor**                                              Bky No.19-13636-AMC

**CERTIFICATE OF SERVICE OF**
**ORDER DISMISSING**

    I, Brandon Perloff, Attorney for Debtor, hereby certify that service upon all interested parties was made by sending true and correct copies of the ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCES OF ADMINISTRATIVE EXPENSES electronically, via hand delivery and/or via regular mail and/or facsimile on June 23, 2020.

                                               Respectfully submitted,

Date: June 23, 2020                                    /s/ Brandon Perloff, Esq.
                                                        Brandon Perloff, Esquire
                                                        Perloff Law
                                                        415 S. Broad Street, 2R
                                                        Philadelphia, PA 19147
                                                        bperloff@perlofflaw.com
                                                        Ph: 215-287-4231
                                                        F: 267-405-9008