**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In Re:
Niconnia M Headen                                                    13
    Debtor

Bky No. 19-13636 - AMC

**ORDER**

    **AND NOW,** this _____ day of _____ 2020, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Brandon Perloff, the Applicant/counsel for the debtor, and after notice it is hereby

    **ORDERED** that counsel fees in the amount $4,250.00 less $1,417.00 already paid with a remaining balance of **$2,833.00** are allowed and may be paid by the trustee to the extent provided in the confirmed plan. See 11 USC§ 330(a)(4)(B).

**BY THE COURT:**

_____
Hon. Ashely M. Chan
**U.S. BANKRUPTCY JUDGE**

**Date: July 7, 2020**

**CC:**    **Brandon Perloff, Esq.**
1429 Walnut Street, Suite 701
Philadelphia, PA  19102
Applicant/ Attorney for Debtor

William C. Miller, Esquire
Post Office Box 40119
Philadelphia, PA 19106
Chapter 13 Trustee

Niconnia M Headen
5100 North Warnock Street
Philadelphia, PA 19141