United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 19-13636-amc
Niconnia M Headen                                               Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Jul 07, 2020
                              Form ID: pdf900          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 09, 2020.
db             +Niconnia M Headen,    5100 North Warnock Street,    Philadelphia, PA 19141-4002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 7, 2020 at the address(es) listed below:
              BRANDON J PERLOFF    on behalf of Debtor Niconnia M Headen bperloff@perlofflaw.com,
               kmecf1429@gmail.com
              JOSHUA   DOMER    on behalf of Creditor   City of Philadelphia joshua.domer@phila.gov,
               karena.blaylock@phila.gov
              KEVIN S. FRANKEL    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pa-bk@logs.com
              LESLIE J. RASE    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION pabk@logs.com,
               lerase@logs.com
              MICHAEL JOHN CLARK    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               mjclark@logs.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Global Lending Services LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In Re:
Niconnia M Headen                                                13
    Debtor

Bky No. 19-13636 - AMC

## ORDER

**AND NOW,** this _____ day of _____ 2020, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Brandon Perloff, the Applicant/counsel for the debtor, and after notice it is hereby

**ORDERED** that counsel fees in the amount $4,250.00 less $1,417.00 already paid with a remaining balance of **$2,833.00** are allowed and may be paid by the trustee to the extent provided in the confirmed plan. See 11 USC§ 330(a)(4)(B).

BY THE COURT:

**Date: July 7, 2020**

_____
Hon. Ashely M. Chan
**U.S. BANKRUPTCY JUDGE**

CC:   **Brandon Perloff, Esq.**
      1429 Walnut Street, Suite 701
      Philadelphia, PA   19102
      Applicant/ Attorney for Debtor

      William C. Miller, Esquire
      Post Office Box 40119
      Philadelphia, PA 19106
      Chapter 13 Trustee

      Niconnia M Headen
      5100 North Warnock Street
      Philadelphia, PA 19141